## 664    Appellate Courts of Illinois.

Hyman J. Himmelstein, appellee, v. Riley-Schubert-Grossman Company, appellant. Gen. No. 24,151.

Action to recover balance of salary due. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Martin M. Gridley, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed January 29, 1919.

Fred Lowenthal, for appellant. Bernard J. Brown, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Herbert Boiler Company, appellee, v. American Heating & Plumbing Corporation and Richard Curran. Richard Curran, appellant. Gen. No. 24,179.

Action to recover balance due on purchase price of materials. Judgment for plaintiff against defendant Curran, and in favor of defendant Heating Company. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed and remanded. Opinion filed January 29, 1919.

Edward J. Kelley, for appellant. Hurley & Baer, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Central Trust Company of Illinois, trustee of Consolidated Motion Picture Corporation, bankrupt, defendant in error, v. Simon Simansky, impleaded with Leopold Simon, individually and trading as Simon & Simansky, plaintiff in error. Gen. No. 23,915.

Action to recover amount deposited with lessor as security for faithful performance of lease. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed January 29, 1919.

McEwen, Weissenbach & Shrimski, for plaintiff in error; Jerome J. Cermak, of counsel. Eastman, White & Hawxhurst, for defendant in error; Homer C. Dawson, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

Lawrence Ice Cream Company, appellee, v. S. G. Houston, trading as S. G. Houston & Son, appellant. Gen. No. 24,093.

Action to recover for damages sustained by motor truck in collision with another motor truck. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joseph Z. Uhlir, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed January 29, 1919.

Murphy O. Tate, for appellant. Bassler, Bippus & Rose, for appellee.

Mr. Justice Taylor delivered the opinion of the court.